IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGELEEN KIRSCHBAUM,

        Plaintiff,                                  Civ. No. 1:22-cv-1394-CL

        v.                                        ORDER

RISE LAW GROUP, INC., a domestic business corporation, MARY ANNE PITCHER, an individual, and JAMIE HAZLETT, an individual,

        Defendants.

_____

MCSHANE, Judge:

        Magistrate Judge Mark Clarke filed a Findings and Recommendation (#33), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#33) is adopted. Defendants' Motion for partial summary judgment (#19) is DENIED. Pursuant to the stipulated dismissal (#35), Defendants' counterclaim for breach of contract is DISMISSED, with prejudice and without fees or costs.

IT IS SO ORDERED.

        DATED this 19th day of July, 2023.

                                                  _____/s/ Michael J. McShane_____
                                                          Michael McShane
                                                     United States District Judge

1 – ORDER